■ (A) The People of the State of New York v. James E. Kniseley. (Philip A. Rayhill, Esq., for Thomas Longeretta, Esq.) (B) The People of

THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI. (Louis J. Gould, Esq., for Ronald B. Klineman, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. MUELLER. (Thomas R. Zaso, Esq., for Frank A. Valdes.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. LUTHER VARNER. (Robert H. Daley, Esq., for Eli H. Frankel, Esq.) — [In each action] Order of substitution of attorneys entered.